IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-00028-GFVT |
| | : | |
| v. | : | Judge Gregory F. VanTatenhove |
| | : | |
| ANDREW BESHEAR, etc., et al., | : | |
| | : | |
| Defendants. | : | |

**AMENDED AGREED ORDER FOR EXTENSION OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**

By agreement of Plaintiff and Defendants, Kentucky Council on Postsecondary Education and Aaron Thompson, and the Court being in all ways sufficiently advised, IT IS HEREBY ORDERED that Defendants, Kentucky Council on Postsecondary Education and Aaron Thompson, President of the Kentucky Council on Postsecondary Education, in his official capacity, shall have up to and including August 14, 2025, to file an Answer or otherwise respond to Plaintiff's Amended Complaint.

**SO ORDERED.**

Dated:_____

_____
U.S. District Judge/U.S. Magistrate Judge

**Have Seen and Agree:**

| | |
|---|---|
| Chad Mizelle<br>Acting Associate Attorney General | /s/ Luz Maria Restrepo (signed per email authorization dated 7.11.25)<br>Luz Maria Restrepo |
| Abhishek S. Kambli<br>Deputy Associate Attorney General | Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation |
| Brett A. Shumate<br>Assistant Attorney General<br>Civil Division | General Litigation and Appeals Section<br>Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| Yaakov M. Roth | Telephone: (202) 598-2443 |

| | |
|---|---|
| Principal Deputy Assistant Attorney General | Fax: (202) 305-7000 |
| | Email: luz.maria.restrepo@usdoj.gov |
| Elianis N. Perez | |
| Assistant Director | |
| | *Attorneys for the United States* |

/s/ David M. Dirr
Mark D. Guilfoyle (Ky. Bar No. 27625)
David M. Dirr (Ky. Bar No. 94068)
Dressman Benzinger LaVelle psc
109 East Fourth Street
Covington, KY  41011
Telephone:  (859) 341-1881
mguilfoyle@dbllaw.com
ddirr@dbllaw.com
*Attorneys for Defendants Kentucky Council on Postsecondary Education and Aaron Thompson, President of the Kentucky Council on Postsecondary Education, in his official capacity*

## **CERTIFICATE OF SERVICE**

I certify that on the 11th day of July, 2025, the foregoing was electronically filed via the Court's CM/ECF system, which will provide electronic notification to all counsel of record.

/s/ David M. Dirr
David M. Dirr (Ky. Bar No. 94068)