**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DVISION AT FRANKFORT**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | *Electronically Filed* |
| | ) | |
| v. | ) | Civil Action No. 3:25-cv-00028-GFVT |
| | ) | |
| ANDY BESHEAR, | ) | |
| in his official capacity as, | ) | |
| Governor of Kentucky, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## GOVERNOR ANDY BESHEAR'S MOTION TO DISMISS

Defendant Governor Andy Beshear, in his official capacity, by and through counsel, respectfully moves this Court to dismiss Plaintiff United States of America's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6). Defendant attaches a Memorandum in Support of this Motion and a Proposed Order.

Respectfully submitted,

<u>Taylor Payne</u>
S. Travis Mayo
General Counsel
Taylor Payne
Chief Deputy General Counsel
Office of the Governor
700 Capital Avenue, Suite 106
Frankfort, Kentucky 40601
(502) 564-2611
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov

*Counsel for Governor Beshear*

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 15, 2025, I electronically filed the foregoing in this Court's CM-ECF filing system causing counsel of record to be served and by mailing by U.S. Regular Mail and email to:

Luz Maria Restrepo
Chad Mizelle
Abishek Kambli
Brett A. Shumate
Yaakov M. Roth
Elianis Perez
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
luz.maria.restrepo@usdoj.gov

    and

Mark D. Guilfoyle
David M. Dirr
Dressman Benzinger La Velle psc
109 East Fourth Street
Covington, KY 41011
mguilfoyle@dbllaw.com
ddirr@dbllaw.com

                                                            _Taylor Payne_
                                                            Taylor Payne