# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW BESHEAR, Governor of the Commonwealth of Kentucky, in his official capacity; KENTUCKY COUNCIL ON POSTSECONDARY EDUCATION; AARON THOMPSON, President of the Kentucky Council on Postsecondary Education, in his official capacity,<br><br>    Defendants. | CIVIL No. 3:25-cv-00028-GFVT<br><br><br><br>**STIPULATION AND JOINT MOTION TO DISMISS DEFENDANT** |

  Plaintiff United States of America and Defendants Andrew Beshear, Governor of the Commonwealth of Kentucky, in his official capacity, Kentucky Council on Postsecondary Education ("Council"), Aaron Thompson in his official capacity as President of the Council, through their undersigned counsel, jointly stipulate to the entry of an Order dismissing this action only with respect to Defendant Beshear, with prejudice and without costs against any party.

                  Respectfully submitted,

Chad Mizelle
Acting Associate Attorney General

| | |
|---|---|
| Abhishek S. Kambli<br>Deputy Associate Attorney General<br><br>Brett A. Shumate<br>Assistant Attorney General<br>Civil Division | s/ Luz Maria Restrepo<br>Luz Maria Restrepo<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>Civil Division |

1

| | |
|---|---|
| Yaakov M. Roth<br>Principal Deputy Assistant Attorney General<br><br>Sean Skedzielewski<br>Counsel to the Assistant Attorney General<br><br>Elianis N. Perez<br>Assistant Director | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 598-2443<br>Fax: (202) 305-7000<br>Email: luz.maria.restrepo@usdoj.gov<br><br>*Attorneys for the United States* |

s/ S. Travis Mayo_____
S. Travis Mayo
General Counsel
Office of the Governor
700 Capital Avenue, Suite 106
Frankfort, KY 40601
Telephone: (502) 564-2611
travis.mayo@ky.gov

*Attorney for Governor Andy Beshear*


s/ David M. Dirr_____
Mark D. Guilfoyle (Ky. Bar No. 27625)
David M. Dirr (Ky. Bar No. 94068)
Dressman Benzinger LaVelle psc
109 East Fourth Street
Covington, KY  41011
Telephone: (859) 341-1881
mguilfoyle@dbllaw.com
ddirr@dbllaw.com

*Attorneys for Kentucky Council on Postsecondary Education and Aaron Thompson*