# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW BESHEAR, Governor of the Commonwealth of Kentucky, in his official capacity; KENTUCKY COUNCIL ON POSTSECONDARY EDUCATION; AARON THOMPSON, President of the Kentucky Council on Postsecondary Education, in his official capacity,<br><br>      Defendants. | CIVIL No. 3:25-cv-00028-GFVT<br><br><br>**[Proposed] Order Granting Stipulation and Joint Motion to Dismiss Defendant** |

This matter, having come before the Court on the Stipulation and Joint Motion to Dismiss Defendant Andrew Beshear filed by the parties, and the Court, finding good cause supporting the requested relief, IT IS HEREBY ORDERED as follows:

1. That the Stipulation and Joint Motion to Dismiss Defendant Andrew Beshear, Governor of the Commonwealth of Kentucky, in his official capacity, is GRANTED.

2. All of Plaintiff's claims in the above styled case are DISMISSED WITH PREJUDICE and without costs against any party as to Defendant Beshear.

_____
Gregory F. VanTatenhove
United States District Court Judge