IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-00028-GFVT |
| | : | |
| v. | : | Judge Gregory F. Van Tatenhove |
| | : | |
| KENTUCKY COUNCIL ON POSTSECONDARY EDUCATION, ETC., et al., | : : : | |
| | : | |
| Defendants. | : | |

## SECOND AGREED ORDER FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

By agreement of Plaintiff and Defendants, Kentucky Council on Postsecondary Education and Aaron Thompson, and the Court being in all ways sufficiently advised, IT IS HEREBY ORDERED that Defendants, Kentucky Council on Postsecondary Education and Aaron Thompson, President of the Kentucky Council on Postsecondary Education, in his official capacity, shall have up to and including August 21, 2025, to file an Answer or otherwise respond to Plaintiff's Amended Complaint.

**SO ORDERED.**

Dated:_____

_____
U.S. District Judge/U.S. Magistrate Judge

**Have Seen and Agree:**

| | |
|---|---|
| Chad Mizelle<br>Acting Associate Attorney General | /s/ Sean Skedzielewski (signed per email authorization 8.14.25)<br>Sean Skedzielewski |
| Abhishek S. Kambli<br>Deputy Associate Attorney General | Luz Maria Restrepo<br>Trial Attorney<br>United States Department of Justice |
| Brett A. Shumate<br>Assistant Attorney General<br>Civil Division | Office of Immigration Litigation<br>General Litigation and Appeals Section<br>Civil Division<br>P.O. Box 868, Ben Franklin Station |
| Yaakov M. Roth | Washington, D.C. 20044 |

Principal Deputy Assistant Attorney General

Elianis N. Perez
Assistant Director

Telephone: (202) 598-2443
Fax: (202) 305-7000
Email: luz.maria.restrepo@usdoj.gov

*Attorneys for the United States*

/s/ David M. Dirr
Mark D. Guilfoyle (Ky. Bar No. 27625)
David M. Dirr (Ky. Bar No. 94068)
Dressman Benzinger LaVelle psc
109 East Fourth Street
Covington, KY 41011
Telephone: (859) 341-1881
mguilfoyle@dbllaw.com
ddirr@dbllaw.com
*Attorneys for Defendants Kentucky Council on Postsecondary Education and Aaron Thompson, President of the Kentucky Council on Postsecondary Education, in his official capacity*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of August, 2025, the foregoing was electronically filed via the Court's CM/ECF system, which will provide electronic notification to all counsel of record.

/s/ David M. Dirr
David M. Dirr (Ky. Bar No. 94068)