IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | Case No. 3:25-cv-00028-GFVT |
| v. | : | Judge Gregory F. Van Tatenhove |
| **ANDREW BESHEAR, et al.,** | : | |
| Defendants. | : | |

**[PROPOSED] ORDER AND FINAL JUDGMENT**

Before the Court is the Parties' Joint Motion for Entry of Consent Judgment. ECF No. 24. Having considered the Motion, the Amended Complaint, and applicable law, the Court GRANTS the Motion. Accordingly, the Court hereby DECLARES that 13 KAR 2:045, Section 8(4)(a) (eff. 6-22-2022), violates the Supremacy Clause and is invalid.

The Court also hereby PERMANENTLY ENJOINS the Kentucky Council on Postsecondary Education, and Aaron Thompson, in his official capacity as the President of the Kentucky Council on Postsecondary Education, as well as their successors, agents, and employees, from enforcing 13 KAR 2:045, Section 8(4)(a) (eff. 6-22-2022).

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

SO ORDERED on this ___ day of ____ 2025.

_____
Gregory F. Van Tatenhove
UNITED STATES DISTRICT JUDGE