UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-00028-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW BESHEAR, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on two motions for admission *pro hac vice* to practice in

this matter. [R. 31; R. 32.] Public Justice requests the admission of attorneys Shelby Leighton

and Sean Ouellette on their behalf. *Id.* Upon review, the Court finds that the movants have

tendered the required filing fees, and information regarding their admission status, disciplinary

history, consent to jurisdiction, and ECF training. Accordingly, pursuant to LR 83.2(a), and the

Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Public Justice's Motion for Admission *Pro Hac Vice* **[R. 31]** is **GRANTED**; and

2. Attorney Shelby Leighton is admitted *pro hac vice* as counsel for Public Justice in the

   above-styled action;

3. The Public Justice's Motion for Admission Pro Hac Vice **[R. 32]** is **GRANTED**; and

4. Attorney Sean Ouellette is admitted pro hac vice as counsel for Public Justice in the

   above-styled action.

This the 11th day of September 2025.

Gregory F. Van Tatenhove
United States District Judge