UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )      Civil No. 3:25-cv-00028-GFVT
                                    )
v.                                  )
                                    )
ANDREW BESHEAR, *et al.*,            )          **ORDER**
                                    )
        Defendants.                 )
                                    )

*** *** *** ***

This matter is before the Court on a Motion for leave to file an *amicus curiae* brief in opposition to the Joint Motion for Entry of Consent Order filed by Public Justice. [R. 30.]  While no rule governs the issue at the district court level, it is generally accepted as being within the district court's discretion to permit the filing of an *amicus* brief.  *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991).  Public Justice explains that their brief "provides perspective and argument not reflected in the parties' motion that will aid the court in resolving a key issue this Court must resolve in ruling on the request for a consent decree: whether it has jurisdiction to enter the decree." [R. 30.] The motion is not opposed by the current parties to this litigation. *Id.*

Therefore, the Court being sufficiently advised, it is hereby **ORDERED** that the motion for leave to file an *amicus curiae* brief **[R. 30]** is **GRANTED**.  The *amicus* brief tendered by Public Justice [R. 30-1] is deemed filed on the date it was received by the Court and the Clerk of the Court is directed to file the tendered *amicus* brief in the record.

This the 25th day of September, 2025.

Gregory F. Van Tatenhove
United States District Judge