UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CIVIL MINUTES - GENERAL

CASE NO.  3:25-cv-28-GFVT                     AT: Frankfort                     DATE: March 12, 2026

STYLE:  U.S.A. v. ANDREW BESHEAR, ET AL.

PRESENT: HON. _____  U.S. DISTRICT JUDGE
                        GREGORY F. VAN TATENHOVE

Attorney Present for Plaintiff  :                      Sean Skedzielwski, DOJ

Attorney Present for Kentucky Counsel on
Postsecondary Education and Aaron Thompson:      David Dirr

Attorney Present for Kentucky                        Olivia Alden
Students for Affordable Tuition:                     Susana Sandoval Vargas

Court Reporter:  Sandy Wilder                         Courtroom Deputy:  Mary Jane Younce

PROCEEDINGS: MOTION HEARING

       This matter was called for a Motion Hearing.  Counsel was present as noted.  The Court heard statements and arguments of parties and being sufficiently advised, hereby ORDERS that the Joint Motion for Judgment, R. 24, shall STAND SUBMITTED.  An order outlining the Court's specific ruling is forthcoming.

       This the 12th day of March 2026.

cc: COR,
Initials of Deputy Clerk: MJY
TIC:  0/51