**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    3:25-cv-00028 |
| Plaintiff, | |
| v. | |
| AARON THOMPSON, President of the Kentucky Council on Postsecondary Education in his official capacity; KENTUCKY COUNCIL ON POSTSECONDARY EDUCATION | |
| Defendants, | |
| and | |
| Kentucky Students for Affordable Tuition. | |
| Defendant-Intervenor. | |

**KENTUCKY STUDENTS FOR AFFORDABLE TUITION'S NOTICE OF APPEAL**

Defendant-Intervenor Kentucky Students for Affordable Tuition ("KSAT") gives notice that it appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Order granting the Joint Motion for Entry of Consent Judgment of the United States, Dr. Aaron Thompson, and the Kentucky Council on Postsecondary Education [R. 24] and adopting the proposed consent decree [R. 24-1] entered on March 31, 2026. [R. 57].

Date: April 3, 2026

Respectfully submitted,

*/s/ Olivia Alden*

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

Thomas A. Saenz^
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Phone: (213) 629-2512
Email: tsaenz@maldef.org

Susana A. Sandoval Vargas^
Olivia Alden^
100 N. LaSalle St., Suite 1900
Chicago, IL 60602
Phone: (312) 427-0701
Email: ssandovalvargas@maldef.org
Email: oalden@maldef.org

*Attorneys for Kentucky Students
for Affordable Tuition*

*^Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, a true and correct copy of the foregoing document was electronically filed via the court's CM/ECF system which sends notice of electronic filing to all counsel of record.

/s/ *Olivia Alden*
Olivia Alden