# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  April 08, 2026

Ms. Olivia Alden
Maldef
100 N. LaSalle Street
Suite 1900
Chicago, IL 60602

Mr. David Michael Dirr
Dressman Benzinger LaVelle
109 E. Fourth Street
Covington, KY 41011

Ms. Luz Restrepo
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868
Washington, DC 20044

　　　Re:  Case No. 26-5303
　　　　　*USA v. Kentucky Council on Postsecondary Education, et al*
　　　　　Originating Case No. 3:25-cv-00028

Dear Counsel,

　This appeal has been docketed as case number **26-5303** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

　Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

　At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **April 22, 2026**.   The Disclosure of Corporate Affiliations and Civil Appeal

Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:    Appearance of Counsel
              Civil Appeal Statement of Parties & Issues
              Disclosure of Corporate Affiliations
              Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
              Disclosure of Corporate Affiliations
              Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens

Case Management Specialist: Jill
Direct Dial No. 513-564-7024

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5303**

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KENTUCKY COUNCIL ON POSTSECONDARY EDUCATION; AARON THOMPSON

      Defendants - Appellees

KENTUCKY STUDENTS FOR AFFORDABLE TUITION

      Intervenor Defendant - Appellant